UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE:

DONNA WILLIAMS
SSN#: xxx-xx-0973
Borrower#: 1029488247

Debtor(s)

CASE NO: 1856697

CHAPTER BK13

CLAIM#: 14

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, NORTHERN DISTRICT OF GEORGIA, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:  U.S. Department of Education
      National Payment Center
      P O Box 105028
      Atlanta, GA  30348-5028

New:  **U.S. DEPARTMENT OF EDUCATION**
      **NATIONAL PAYMENT CENTER**
      **P O Box 790336**
      **St. Louis, MO  63179-0336**

**NOTICES:**

Old:  U.S. Department of Education
      P O Box 16448
      Saint Paul, MN  55116-0448

New:  **U.S. DEPARTMENT OF EDUCATION**
      **P O Box 16448**
      **Saint Paul, MN  55116-0448**

Respectfully submitted this day, May 16, 2019

/s/ Briana Moore
Bankruptcy Operation Specialist
Bankruptcy Department
PO Box 16448
St. Paul, MN  55116-0448
PH: (800) 363-4562  Fax: (877) 865 9741